DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-57CB, Mortgage Pass-Through Certificates, Series 2005-57CB*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-57CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-57CB,<br><br>Plaintiff,<br><br>vs.<br><br>ABSOLUTE COLLECTION SERVICES, LLC; ITHACA FALLS TRUST; CAPE JASMINE CT. TRUST; CASCADE HOMEOWNERS ASSOCIATION, INC.; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:16-cv-01773-RFB-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS ITHACA FALLS TRUST AND CAPE JASMINE CT TRUST'S MOTION TO DISMISS COMPLAINT**<br><br>**(FIRST REQUEST)** |

46694553;1

The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-57CB, Mortgage Pass-Through Certificates, Series 2005-57CB (**BoNYM**), Ithaca Falls Trust (**Ithaca**), and Cape Jasmine Ct Trust (**Jasmine**), hereby stipulate and agree that BoNYM shall have an additional fourteen (14) days, up to and including **November 7, 2018**, to file its response to Ithaca Falls Trust and Cape Jasmine Ct Trust's motion to dismiss complaint, which is currently due on October 24, 2018, pursuant to ECF No. 23. The motion was filed on October 10, 2018.

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 15th day of October, 2018.

| **AKERMAN LLP** | **LAW OFFICES OF MICHAEL F. BOHN, ESQ. LTD.** |
|---|---|
| /s/Natalie L. Winslow<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-57CB, Mortgage Pass-Through Certificates, Series 2005-57CB* | /s/Michael F. Bohn<br>MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>ADAM R. TRIPPIEDI, ESQ.<br>Nevada Bar No. 12294<br>2260 Corporate Circle, Suite 480<br>Henderson, NV 89074<br><br>*Attorneys for Ithaca Falls Trust & Cape Jasmine Ct Trust* |

**ORDER**

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Court

DATED: October 19, 2018.

46694553;1