DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for The Bank of New York Mellon fka
The Bank of New York, as Trustee for the
Certificateholders of CWALT, Inc., Alternative
Loan Trust 2005-57CB, Mortgage Pass-Through
Certificates, Series 2005-57CB*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-57CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-57CB,<br><br>                          Plaintiff,<br><br>vs.<br><br>ABSOLUTE COLLECTION SERVICES, LLC; ITHACA FALLS TRUST; CAPE JASMINE CT. TRUST; CASCADE HOMEOWNERS ASSOCIATION, INC.; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>                          Defendants. | Case No. 2:16-cv-01773-RFB-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO CASCADE HOMEOWNERS ASSOCIATION, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{42766695;1}
48742322;1

The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-57CB, Mortgage Pass-Through Certificates, Series 2005-57CB (**BoNYM**), Cascade Homeowners Association, Inc. (**Cascade**), Absolute Collection Services, LLC (**Absolute**), Ithaca Falls Trust (**Ithaca**), and Cape Jasmine Ct Trust (**Jasmine**), hereby stipulate and agree that the parties shall have an additional thirty (30) days, up to and including **June 6, 2019**, to file a response to Cascade's motion for summary judgment, which is currently due on May 7, 2019, pursuant to ECF No. 31. Cascade's motion for summary judgment was filed on April 16, 2019.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party. The request is being made to allow the parties to resolve a discovery dispute between BoNYM and Ithaca Falls Trust.

DATED this 3rd day of May, 2019.

| **AKERMAN LLP** | **BOYACK ORME & ANTHONY** |
|---|---|
| /s/Natalie L. Winslow<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-57CB, Mortgage Pass-Through Certificates, Series 2005-57CB* | /s/Colli C. McKiever<br>EDWARD D. BOYACK, ESQ.<br>Nevada Bar No. 5229<br>COLLI C. MCKIEVER, ESQ.<br>Nevada Bar No. 13724<br>7432 W. Sahara Avenue, Suite 101<br>Las Vegas, NV 89117<br><br>*Attorneys for Cascade Homeowners Association, Inc.* |
| **ABSOLUTE COLLECTION SERVICES, LLC** | **LAW OFFICE OF MICHAEL F. BOHN, ESQ., LTD.** |
| /s/Shane D. Cox<br>SHANE D. COX, ESQ.<br>Nevada Bar No. 13852<br>7485 W. Azure Drive, Suite 129<br>Las Vegas, NV 89130<br><br>*Attorneys for Absolute Collection Services, LLC* | /s/Michael F. Bohn<br>MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>ADAM R. TRIPPIEDI, ESQ.<br>Nevada Bar No. 12294<br>2260 Corporate Circle, Suite 480<br>Henderson, NV 89074<br><br>*Attorneys for Ithaca Falls Trust & Cape Jasmine Ct Trust* |

## ORDER

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 6th day of May, 2019.

{42766695;1}
48742322;1

3